**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEREYDA JASMIN ESPINOZA-BRAVO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF ADELANTO ICE PROCESSING CENTER, et al.,<br><br>Respondents. | Case No. 5:26-cv-05046-CTS<br><br>**JUDGMENT** |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus filed September 9, 2026 (ECF No. 7), IT IS ADJUDGED that the Petition is GRANTED.

DATED: September 10, 2026

CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE